# EXHIBIT A

| | |
|---|---|
| **From:** | Nathan Volheim <nvolheim@sulaimanlaw.com> |
| **Sent:** | Thursday, December 16, 2021 10:27 AM |
| **To:** | Cooper Walker; Xerxes Martin; Khari Ferrell |
| **Subject:** | RE: Ramirez v. Sequium Asset Solutions, LLC - draft 26(f) Joint Discovery Plan - Case No. 3:21-cv-00238 |

Thanks for the response. We will take a look at discovery and act from there.

**Nathan C. Volheim, Esq.**
Director of Team Eagle
Atlas Consumer Law - Division of Sulaiman Law Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 - 8188
Website:  http://www.atlasconsumerlaw.com/
Email: nvolheim@sulaimanlaw.com

*Licensed to practice in the State of Illinois and the United States District Courts in Colorado, Illinois, Indiana, Michigan, Missouri (Eastern Division), New Mexico, Ohio (Northern Division), Texas and Wisconsin.*





**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.  Effective June 21, 2005, newly issued Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains written advice relating to a Federal tax issue, the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

**From:** Cooper Walker <cwalker@mamlaw.com>
**Sent:** Thursday, December 16, 2021 9:09 AM
**To:** Nathan Volheim <nvolheim@sulaimanlaw.com>; Xerxes Martin <xmartin@mamlaw.com>; Khari Ferrell <kferrell@mamlaw.com>
**Subject:** RE: Ramirez v. Sequium Asset Solutions, LLC - draft 26(f) Joint Discovery Plan - Case No. 3:21-cv-00238

Nate:

Sequium's position is that there is no liability here.  As such, Sequium isn't interested in settling at this time.  Between you and me, I might be able to get Sequium to pay the filing fee here if you're interested (although I assume this doesn't interest your client).



Best Regards,

**COOPER M. WALKER**
*Associate*

8750 N. Central Expressway
Northpark Central, Suite 1850
Dallas, Texas 75231
**D: (214) 346-2624**
O: (214) 346-2630 | F: (214) 346-2631

Email: cwalker@mamlaw.com

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this e-mail message is confidential and is intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited and you are requested to immediately destroy the original e-mail.  If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.  Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Malone Frost Martin PLLC for any loss or damage arising in any way from its use.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Nathan Volheim <nvolheim@sulaimanlaw.com>
**Sent:** Thursday, December 16, 2021 8:36 AM
**To:** Cooper Walker <cwalker@mamlaw.com>; Xerxes Martin <xmartin@mamlaw.com>; Khari Ferrell <kferrell@mamlaw.com>
**Subject:** RE: Ramirez v. Sequium Asset Solutions, LLC - draft 26(f) Joint Discovery Plan - Case No. 3:21-cv-00238

Morning.  Any settlement response here?

**Nathan C. Volheim, Esq.**
Director of Team Eagle
Atlas Consumer Law - Division of Sulaiman Law Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 - 8188
Website:  http://www.atlasconsumerlaw.com/
Email: nvolheim@sulaimanlaw.com

*Licensed to practice in the State of Illinois and the United States District Courts in Colorado, Illinois, Indiana, Michigan, Missouri (Eastern Division), New Mexico, Ohio (Northern Division), Texas and Wisconsin.





**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.
**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.  Effective June 21, 2005, newly issued Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains written advice relating to a Federal tax issue,

the written advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purposes of avoiding Federal tax penalties, and was not written to support the promotion or marketing of the transaction or matters discussed herein.

**From:** Cooper Walker <cwalker@mamlaw.com>
**Sent:** Monday, November 22, 2021 12:48 PM
**To:** Gina Garity <ggarity@sulaimanlaw.com>; Xerxes Martin <xmartin@mamlaw.com>; Khari Ferrell <kferrell@mamlaw.com>
**Cc:** Nathan Volheim <nvolheim@sulaimanlaw.com>; Kiran Wadia <kwadia@sulaimanlaw.com>
**Subject:** RE: Ramirez v. Sequium Asset Solutions, LLC - draft 26(f) Joint Discovery Plan - Case No. 3:21-cv-00238

Edits attached



Best Regards,

**COOPER M. WALKER**
*Associate*

8750 N. Central Expressway
Northpark Central, Suite 1850
Dallas, Texas 75231
**D: (214) 346-2624**
O: (214) 346-2630 | F: (214) 346-2631

Email: cwalker@mamlaw.com

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this e-mail message is confidential and is intended for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited and you are requested to immediately destroy the original e-mail. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Malone Frost Martin PLLC for any loss or damage arising in any way from its use.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Gina Garity <ggarity@sulaimanlaw.com>
**Sent:** Tuesday, November 16, 2021 10:23 AM
**To:** Cooper Walker <cwalker@mamlaw.com>; Xerxes Martin <xmartin@mamlaw.com>; Khari Ferrell <kferrell@mamlaw.com>
**Cc:** Nathan Volheim <nvolheim@sulaimanlaw.com>; Kiran Wadia <kwadia@sulaimanlaw.com>
**Subject:** RE: Ramirez v. Sequium Asset Solutions, LLC - draft 26(f) Joint Discovery Plan - Case No. 3:21-cv-00238

Greatly appreciated. Thank you, Cooper.

**Gina Garity**
Paralegal – Team Eagle
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575 - 8181
Fax: (630) 575 - 8188
**Website:** **www.AtlasConsumerLaw.com**
Email: ggarity@sulaimanlaw.com

 

**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.

**From:** Cooper Walker <cwalker@mamlaw.com>
**Sent:** Tuesday, November 16, 2021 10:19 AM
**To:** Gina Garity <ggarity@sulaimanlaw.com>; Xerxes Martin <xmartin@mamlaw.com>; Khari Ferrell <kferrell@mamlaw.com>
**Cc:** Nathan Volheim <nvolheim@sulaimanlaw.com>; Kiran Wadia <kwadia@sulaimanlaw.com>
**Subject:** RE: Ramirez v. Sequium Asset Solutions, LLC - draft 26(f) Joint Discovery Plan - Case No. 3:21-cv-00238

I will get this back to you guys early next week.



Best Regards,

**COOPER M. WALKER**
*Associate*

8750 N. Central Expressway
Northpark Central, Suite 1850
Dallas, Texas 75231
**D: (214) 346-2624**
O: (214) 346-2630 | F: (214) 346-2631

Email: cwalker@mamlaw.com

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this e-mail message is confidential and is intended for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited and you are requested to immediately destroy the

original e-mail. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Malone Frost Martin PLLC for any loss or damage arising in any way from its use.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Gina Garity <ggarity@sulaimanlaw.com>
**Sent:** Tuesday, November 16, 2021 10:15 AM
**To:** Xerxes Martin <xmartin@mamlaw.com>; Cooper Walker <cwalker@mamlaw.com>; Khari Ferrell <kferrell@mamlaw.com>
**Cc:** Nathan Volheim <nvolheim@sulaimanlaw.com>; Kiran Wadia <kwadia@sulaimanlaw.com>
**Subject:** Ramirez v. Sequium Asset Solutions, LLC - draft 26(f) Joint Discovery Plan - Case No. 3:21-cv-00238

Good Morning Mr. Martin,

We hope this email finds you well. Attached please find a draft Joint Discovery Plan relevant to the above referenced matter. This is due to be filed on 11/24, however, with the upcoming holiday, we wanted to get this over to you in advance as we will be very short-staffed on 11/24 and we are hoping to have this filed by **11/23**. Could you please let us know if that works for you? If not, we will need to coordinate having someone available that day to review your additions and file the report.

Thank you,

**Gina Garity**
Paralegal – Team Eagle
Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575 - 8181
Fax: (630) 575 - 8188
**Website:** **www.AtlasConsumerLaw.com**
Email: ggarity@sulaimanlaw.com




**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.